IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BARNEY MERRITT WALKER, et al.,

    Plaintiffs,

vs.        CASE NO.: 1:04cv102-SPM/AK

UNITED STATES OF AMERICA, and
UNITED STATES VETERANS
ADMINISTRATION,

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to the Report of Mediation (doc. 18), advising that the parties have reached a settlement, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 90 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 2nd day of December, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge